**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Pinnacle Bank, as successor in interest to Bank of North Carolina, previous successor in interest to Harbor National Bank, Respondent,

v.

Anthony Whitfield and Cindy Whitfield, Petitioner.

AND

Anthony Whitfield, Counterclaimant,

v.

David Swanson, Counterclaim Defendant,

Of whom, Anthony Whitfield is the Petitioner and David Swanson is the Respondent.

Appellate Case No. 2022-001495

―――――――――――

Appeal From Charleston County
Diane Schafer Goodstein, Circuit Court Judge

―――――――――――

Memorandum Opinion No. 2024-MO-015
Heard May 23, 2024 – Filed June 20, 2024

―――――――――――

**CERTIORARI DISMISSED AS IMPROVIDENTLY
GRANTED**

---

Daniel Scott Slotchiver and Andrew Joseph McCumber, of Slotchiver & Slotchiver, LLP; Jesse Sanchez, of The Law Office of Jesse Sanchez; and Brent Souther Halversen, of Halversen & Halversen, LLC, all of Mount Pleasant, for Petitioner.

Steven Raymond Kropski, Michael B. McCall, and David W. Overstreet, all of Earhart Overstreet, LLC, of Charleston, for Respondent.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *Pinnacle Bank v. Anthony Whitfield*, 2022-UP-334 (S.C. Ct. App. filed Aug. 10, 2022). After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**